UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CIV-20321-WILLIAMS/MCALILEY

ARMANDO DE LA CRUZ, SR.,

    Plaintiff,

v.

SEAN M. GUIM,

    Defendant.

_____/

**ORDER**

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation ("Report") (DE 5) on the Complaint (DE 1) filed by Plaintiff, which seeks to remove a residential tenant eviction action against Plaintiff by Defendant in County Court in and for Miami-Dade County, Florida. Documents attached to the Complaint indicate that Defendant is Plaintiff's landlord. No objections were filed to the Report, which recommends the Court dismiss Plaintiff's Complaint for lack of subject matter jurisdiction. (DE 5 at 3.) Upon a careful review of the Report, the Complaint, and the record, it is **ORDERED AND ADJUDGED** that:

1. Judge McAliley's Report (DE 5) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Complaint (DE 1) is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.
3. All pending motions are **DENIED AS MOOT**.
4. The Clerk is ordered to **CLOSE** the case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 21st day of March, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Armando De La Cruz, Sr., *pro se*
2131 SW 19 Avenue
Miami, FL 33145

Sean M. Guim, *pro se*
2141 SW 21 Terrace
Miami, FL 33145